September 28, 2005

Hon. James Orenstein, United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York  11722

  RE: Rutkowski v. County of Suffolk, et al.,
    Docket No. 04-0133 (TCP)(JO)

Dear Magistrate Judge Orenstein:

 I wish to inform the Court that the above matter has been settled by all parties.  Upon execution, a Stipulation and Order of Voluntary Dismissal and a General Release shall be submitted to the Court.  Pursuant to the Courts scheduling order in this matter, a Pre-trial Order was to be submitted this date.  In lieu of the above mentioned settlement the parties will do not believe the submission of a Pre-trial Order is necessary.   Nonetheless, should the Court desire that such an order be submitted the parties will endeavor to do so forthwith.     Thank you.

         Respectfully submitted,

         CHRISTINE MALAFI
         Suffolk County Attorney


      BY: _____
        Brian C. Mitchell     BM/1469
        Assistant County Attorney

BCM/fb
cc:  Joanne M. Dwyer, Esq.
  225 Broadway, 41st Floor
  New York, NY  10007

  Louis Schepp, Esq.
  Robin, Schepp, Yuhas, Harris
  One Battery Park Plaza
  30th Floor
  New York, NY  10014